1
2
3    O
4
5
6
7
8                           UNITED STATES DISTRICT COURT
9                          CENTRAL DISTRICT OF CALIFORNIA

10   BORIS GEORGE GRAHAM,              )    Case No. CV 11-5723-DDP (OP)
11                                      )
                                        )   ORDER ACCEPTING FINDINGS,
12                  Petitioner,         )   CONCLUSIONS, AND
             v.                         )   RECOMMENDATIONS OF
13                                      )   UNITED STATES MAGISTRATE
                                        )   JUDGE
14   BRENDA M. CASH, Warden,            )
                                        )
15                                      )
                    Respondent.         )
16   _____)

17       Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, records on
18   file, the Report and Recommendation of the United States Magistrate Judge, and
19   Petitioner's Objections thereto. The Court has engaged in a <u>de novo</u> review of those
20   portions of the Report and Recommendation to which Petitioner has objected. The
21   Court accepts the findings and recommendations of the Magistrate Judge,
22   / / /
23   / / /
24   / / /
25
26
27
28

IT IS ORDERED that Judgment be entered: (1) accepting this Report and Recommendation; and (2) directing that Judgment be entered denying the Petition and dismissing this action with prejudice.

DATED: July 30, 2013

HONORABLE DEAN D. PREGERSON
United States District Judge

Prepared by:

HONORABLE OSWALD PARADA
United States Magistrate Judge

2