JS - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

BORIS GEORGE GRAHAM,

        Petitioner,

v.

BRENDA M. CASH, Warden,

        Respondent.

Case No. CV 11-5723-DDP (OP)

J U D G M E N T

Pursuant to the Order Accepting Findings, Conclusions, and Recommendations of the United States Magistrate Judge,

IT IS ADJUDGED that the Petition is denied and this action is dismissed with prejudice.

DATED: July 30, 2013

HONORABLE DEAN D. PREGERSON
United States District Judge

Prepared by:

HONORABLE OSWALD PARADA
United States Magistrate Judge